```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 63085
    RICHARD M KELLING
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
    SSN XXX-XX-7555


---------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/16/05 and confirmed on 03/20/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  71820.00 .

    4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
---------------------------------------------------------------------------------
MID AMERICA FED SAVINGS    CURRENT MORTG         .00              .00             .00
WEST SUBURBAN BANK         SECURED               .00              .00             .00
FORD MOTOR CREDIT CO       SECURED               .00              .00             .00
JP MORGAN CHASE BANK       SECURED          38135.00          5408.31        38135.00
CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED              .00             .00
CITIBANK NA                UNSECURED       NOT FILED              .00             .00
MID AMERICA FED SAVINGS    UNSECURED             .00              .00             .00
TWIN BUILDING MGMT         UNSECURED       NOT FILED              .00             .00
WEST SUBURBAN BANK         UNSECURED        21167.34              .00         8829.12
ONYX ACCEPTANCE            SECURED          10112.00          1434.09        10112.00
WEST SUBURBAN BANK         MORTGAGE ARRE    2149.92               .00         2149.92
TERENCE M FENELON          REIMBURSEMENT     252.00               .00          252.00
TERENCE M FENELON          REIMBURSEMENT       6.00               .00            6.00
          Summary of disbursements:
---------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  50396.92      258.00       21167.34         .00       71822.26
PRINCIPAL PAID      50396.92      258.00        8829.12         .00       59484.04
INTEREST PAID        6842.40         .00            .00         .00        6842.40
TOTAL PAID          57239.32      258.00        8829.12         .00       66326.44
The Debtor's attorney, TERENCE M FENELON                , was allowed $   3120.00
and was paid $   3120.00 .

The Trustee received $    2373.56 .

Refunds to the Debtor totaled $        .00 .

       Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 11/15/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE


                               PAGE   2
       CASE NO. 05 B 63085 RICHARD M KELLING